Eddie Ragon, administrator of the estate of Annie Fox, deceased, appellee, v. The Cleveland, Cincinnati, Chicago and St. Louis Railway Company, appellant.

Opinion filed January 4, 1935. Rehearing denied February 25, 1935.

W. W. Wheatley, for appellant; H. N. Quigley and S. W. Baxter, of counsel. Charles H. Thompson and Lloyd H. Melton, for appellee.

Mr. Justice Stone delivered the opinion of the court.

John H. Wedig, administrator of the estate of Adelle Wedig, deceased, appellee, v. The Kroger Grocery and Baking Company, appellant.

Opinion filed January 4, 1935. Rehearing denied February 25, 1935.

C. W. Burton, for appellant. M. R. Sullivan, for appellee.

Mr. Justice Stone delivered the opinion of the court.

William Davis, appellee, v. Oscar J. Liese et al., appellants.

Opinion filed January 4, 1935.

Bernreuter, Peth & Thomas, for appellants. Frederick E. Merrills, for appellee.

Mr. Justice Stone delivered the opinion of the court.